CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Candi L. Joyner,<br><br>Plaintiff(s),<br><br>vs.<br><br>I Can Schools, Inc., et al.,<br><br>Defendant(s). | JUDGE  PATRICIA A. GAUGHAN |
| | DATE:  April 16, 2018 |
| | CASE NUMBER: 1:17CV1019 |
| | |
| | |

Case is dismissed for want of prosecution.

 /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Court
Chief Judge